UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KAPIL DOGRA, A72-487-024,

                            Petitioner,

                                                            ORDER
      v.                                                  09-CV-065A

IMMIGRATION CUSTOMS ENFORCEMENT,
et al.,

                            Respondents.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 10, 2009, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's petition for a writ of habeas corpus be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, petitioner's petition for a writ of habeas corpus is denied.

        The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: September 2, 2009